JOSEPH S. VAMPA, Respondent, *v.* ERIE RAILROAD COMPANY, INC., Appellant.

(Argued June 10, 1931; decided July 15, 1931.)

*Russell S. Coutant, Theodore Kiendl* and *L. Ray Glass* for appellant.

*Joseph Sterling, Nathan H. Elman* and *Henry A. Strongman* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: POUND, CRANE, O'BRIEN and HUBBS, JJ. Dissenting: CARDOZO, Ch. J., LEHMAN and KELLOGG, JJ.